**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtor
GARY GARCIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE NO. 10-45057 RLE 7 |
| GARY GARCIA, | |
| Debtor, | **MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS** |

**TO: OCWEN LOAN SERVICING, LLC., AND PARTIES IN INTEREST:**

1. GARY GARCIA (hereinafter "Debtor") filed for relief under Chapter 7 on May 01, 2010. An asset of his estate is real property located at 2808 Morgan Drive, San Ramon, and more fully described on Page 2 of the Preliminary Title Report attached as Exhibit 1 to the Declaration of Shawn R. Parr filed herewith (hereinafter "Declaration).

2. WAYNE LEE AND NGHIA TU (hereinafter "buyer") has offered to purchase the property for the amount of $700,000.00, which the Debtor believes is fair and adequate consideration for the property. A copy of the purchase agreement is attached to the Declaration as Exhibit 2.

3. A sale at $700,000.00, would result in the payment of closing costs and fees of $5863.00; a sales commission in the amount of $35,000.00, payable to Coldwell Banker, the

*DEBTOR'S MOTION TO SELL*

broker; and payment of $653,787.00 to OCWEN LOAN SERVICING, LLC, which holds the first deed of trust. Holder of the first deed of trust has consented to the sale free and clears of its lien. Title will be passed to the buyers free and clear of all liens.

4. The Debtor contends that this sale is in the best interests of creditors and is a sound business decision. Pursuant to 11 U.S.C. Section 363(f), the Debtor may sell property free and clear of any interest if OCWEN LOAN SERVICING, LLC., holder of the 1st deed of trust has consented to the short sale of the property. The IRS has also consented to removal of their liens and releases the property free of liens. The release letter is attached to the accompanying declaration as Exhibit 5

5. Wherefore, debtor respectfully requests this Court enter an order approving the sale of the estate's interest in the property at to buyer, free and clear of liens, for $700,000.00, and to allow the payment of the liens in the order of their priority.

Dated: November 3, 2010                PARR LAW GROUP


                                       /s/ Shawn R. Parr_____
                                       SHAWN R. PARR, Attorney for Debtor GARY GARCIA

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*DEBTOR'S MOTION TO SELL*