**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtor
GARY GARCIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GARY GARCIA,<br><br>              Debtor, | CASE NO.   10-45057<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in Santa Clara County, California. I am over the age of 18 years and not a party to the within action; my business address is 1625 The Alameda, Suite 101, San Jose, California 95126.

    On November 3, 2010, I served the below mentioned documents on the party or parties named below, as follows:
1. **NOTICE OF MOTION TO SHORTEN TIME TO SELL PROPERTY FREE OF LIENS**
2. **MOTION TO SHORTEN TIME**
3. **MOTION TO SELL PROPERTY FREE OF LIENS**
4. **DECLARATION**
5. **PROPOSED ORDERS**

[X]    BY MAIL: By following ordinary business practice, and placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*CERTIFICATE OF SERVICE*

Case: 10-45057   Doc# 27   Filed: 11/03/10   Entered: 11/03/10 17:23:26   Page 1 of 3[1]

where it would be deposited for first class delivery, postage fully prepaid depositing with the United States Postal Service on that same day in the ordinary course of business at 1625 The Alameda, San Jose, California, and addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]   BY FACSIMILE: By transmitting from the facsimile machine of Parr Law Group whose phone number is 408-267-4535, in compliance with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error, as indicated in the transmittal report which was properly issued by this transmitting facsimile machine (a true and correct copy of which is affixed to the original of this proof of service), addressed to the person on whom it is to be served, as follows:

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 3, 2010, at San Jose, California.

/s/ Phong Lan Dong
PHONG LAN DONG

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*CERTIFICATE OF SERVICE*

Case: 10-45057    Doc# 27    Filed: 11/03/10    Entered: 11/03/10 17:23:26    Page 2 of 3

SERVICE LIST

Parr Law Group
1625 The Alameda, Suite 101
San Jose, California 95126

Gary Garcia
2808 Morgan Drive
San Ramon CA 94583

Internal Revenue Service
185 Lennon Lane
STP: WC-0363
Walnut Creek, CA 94598

Tevis Thomas
Chapter 7 Trustee
PO BOX 1110
Martinez, CA 94553

OFFICE OF US TRUSTEE
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street Suite 690N
Oakland, CA 94612-5217

Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

John Van Vlack, VP CFO
Ocwen Financial Corp.
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*CERTIFICATE OF SERVICE*

Case: 10-45057    Doc# 27    Filed: 11/03/10    Entered: 11/03/10 17:23:26    Page 3 of 3