The following constitutes
the order of the court. Signed November 10, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

PARR LAW GROUP
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtors
GARY GARCIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

GARY GARCIA,

          Debtor,

CASE NO.   10-45057 RLE 7

Chapter 7

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION TO APPROVE A SHORT SALE**

     Upon consideration of the Debtor's Motion To Shorten Time For Notice Of Hearing Date To Consider Debtors' Motion To Approve a Short Sale ("Motion to Shorten Time") for entry of an order providing that the applicable notice period for a tentative hearing date on Debtors' Motion to Approve a Short Sale, the Court having determined that granting the relief requested in the Motion to Shorten Time is appropriate; and it appearing that due and adequate notice of the Motion to Shorten Time has been given under the circumstances, and that no other further notice need be given; and after due deliberation and sufficient cause appearing therefore,

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

1

Case: 10-45057   Doc# 30   Filed: 11/12/10   Entered: 11/12/10 21:57:21   Page 1 of 4

The Court hereby ORDERS that:

1. That the Motion to Shorten Time is granted.

2. That a hearing on Debtor's Motion to Approve a Short Sale be set for November 17, 2010, at 02:00 P.M., in Courtroom 201, 1300 Clay Street, Suite 300 Oakland California 94612.

3. Any responses or objections to Debtors' Motion to Approve a Short Sale maybe raised at the hearing.

**END OF ORDER**

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

COURT SERVICE LIST

Parr Law Group
1625 The Alameda, Suite 101
San Jose, California 95126

Gary Garcia
2808 Morgan Drive
San Ramon CA 94583

Tevis Thompson
United States Trustee
P.O. Box 1110
Martinez, CA 94553

Ocwen Loan Servicng, LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

Internal Revenue Service
185 Lennon Lane
STP: WC-0363
Walnut Creek, CA 94598

OFFICE OF US TRUSTEE
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street Suite 690N
Oakland, CA 94612-5217

John Van Vlack, VP CFO
Ocwen Financial Corp.
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

3

Case: 10-45057    Doc# 30    Filed: 11/12/10    Entered: 11/12/10 21:57:21    Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: nwhite              Page 1 of 1              Date Rcvd: Nov 10, 2010
Case: 10-45057                Form ID: pdfeoc           Total Noticed: 4
```

The following entities were noticed by first class mail on Nov 12, 2010.
```
db          +Gary Garcia,    2808 Morgan Drive,    San Ramon, CA 94583-2485
            +Internal Revenue Service,    185 Lennon Lane,    STP: WC-0363,    Walnut Creek, CA 94598-2422
            +John Van Vlack, VP CFO,    Ocwen Financial Corp.,    1661 Worthington Road Suite 100,
              West Palm Beach,, FL 33409-6493
```

The following entities were noticed by electronic transmission on Nov 11, 2010.
```
            +Fax: 407-737-5634 Nov 11 2010 05:16:34      Ocwen Loan Servicng, LLC,   P.O. Box 24737,
              West Palm Beach, FL 33416-4737
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, **Joseph Speetjens**, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 12, 2010**              Signature:   _Joseph Speetjens_