**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtor
GARY GARCIA

Entered on Docket
November 18, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed November 18, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GARY GARCIA<br><br>Debtor, | CASE NO. 10-45057 RLE 7<br><br>Chapter 7<br><br>ORDER |

**ORDER RE MOTION TO SHORT SELL PROPERTY**

The Court having reviewed the Motion to Short Sell Property, and has good cause appearing therefore.

IT IS HEREBY ORDERED THAT

1. The Motion to Short Sell the real property commonly known as 2808 Morgan Drive, San Ramon, California 94583, to WAYNE LEE, NGHIA TU (hereinafter "buyers"), for the amount of $700,000.00 is hereby approved.

2. The estate is authorized to pay closing costs and fees at $5863.00; a sales commission in the amount of $35,000.00, payable to Coldwell Banker The Professional Group; and payment of $653,787.00 to OCWEN LOAN SERVICING, LLC.

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

Case: 10-45057    Doc# 31    Filed: 11/18/10    Entered: 11/18/10 16:57:39    Page 1 of 3[1]

**END OF ORDER**

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

COURT SERVICE LIST

Parr Law Group
1625 The Alameda, Suite 101
San Jose, California 95126

Gary Garcia
2808 Morgan Drive
San Ramon CA 94583

Tevis Thompson
United States Trustee
P.O. Box 1110
Martinez, CA 94553

Ocwen Loan Servicng, LLC
P.O. Box 24737
West Palm Beach, FL 33416-4737

Internal Revenue Service
185 Lennon Lane
STP: WC-0363
Walnut Creek, CA 94598

OFFICE OF US TRUSTEE
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street Suite 690N
Oakland, CA 94612-5217

John Van Vlack, VP CFO
Ocwen Financial Corp.
1661 Worthington Road Suite 100
West Palm Beach, FL 33409

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

Case: 10-45057   Doc# 31   Filed: 11/18/10   Entered: 11/18/10 16:57:39   Page 3 of 3