**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtor
GARY GARCIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: <br><br> GARY GARCIA <br><br> Debtor, | CASE NO.   10-45057 RLE 7 <br><br> Chapter 7 |

**NOTICE OF MOTION TO SHORT SELL PROPERTY AND MOTION TO SHORTEN TIME OR IN THE ALTERNATIVE TO AMEND PRIOR ORDER SIGNED ON NOVEMBER 17, 2010 (DOC 32).**

**TO: OCWEN LOAN SERVICING, LLC, OLD REPUBLIC TITLE, IRS, AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Debtor has filed a Motion to Short Sell Real Property on the Debtor's estate's interest in real property, located at 2808 Morgan Drive, San Ramon, CA 94583, A.P.N.209-671-002. OCWEN LOAN SERVICNG, LLC, holder of the first deed of trust has agreed to sell the property to THOMAS A. BAKER and JANINE M. BAKER for $700,000.00. A sale at $700,000.00 would result in the payment of closing costs and fees estimated at $2,802.66; a sales commission in the amount of $17,500.00, payable to KELLER WILLIAMS and $17,500 to REALTY WORLD PLATINUM the brokers; and payment of $653,787.00 to OCWEN LOAN SERIVINGS, LLC, which holds the deed of trust, estimated at

---

*DEBTOR'S NOTICE ON MOTION TO SELL*

$653,787.00. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtor's attorney and the Chapter 7 Trustee as listed below, within twenty one (21) days of mailing of the notice; 2) a request for a hearing on objection must be accompanied by any declaration or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor's attorney will give at least (10) days written notice of hearing to the objecting or requesting party, and to the Chapter 7 Trustee in this case, in the event an objection or request for hearing is timely made. This Motion also included a Motion to Shorten time of the above timeframes, if Shortening Time is approved see tentative dates on Shortening Time motion.

| | |
|---|---|
| OFFICE OF US TRUSTEE<br>NORTHERN DISTRICT OF CALIFORNIA<br>1301 Clay Street Suite 690N<br>Oakland, CA 94612-5217 | TEVIS THOMPSON<br>United States Trustee<br>P.O. BOX 1110<br>Martinez, CA 94553 |

PARR LAW GROUP
Shawn R. Parr
1625 The Alameda, Suite 101
San Jose, California 95126


Dated: December 15, 2010          PARR LAW GROUP



                                  /s/ Shawn R. Parr_____
                                  SHAWN R. PARR, Attorney for Debtor
                                  GARY GARCIA

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*DEBTOR'S NOTICE ON MOTION TO SELL*