**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtors
GARY GARCIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>GARY GARCIA,<br><br>          Debtor, | CASE NO. 10-45057 RLE 7<br><br>Chapter 7 |

**DEBTORS' MOTION TO SHORTEN TIME FOR NOTICE OF HEARING DATE TO CONSIDER DEBTORS' MOTION TO SHORT SELL PROPERTY OR IN THE ALTERNATIVE AMEND THE PRIOR ORDER OF THE COURT SIGNED NOVEMBER 17, 2010.**

Debtor hereby submit this motion ("Motion to Shorten") for entry of an order shortening the applicable notice period for Debtor Motion to Short Sell Property contemporaneously herewithin, based on the following:

1. Debtor filed this bankruptcy on May 1, 2010.
2. Debtor desires to short sell his property.
3. Ocwen Loan Servicing, LLC, the affected creditor has fully consented to the sale, and has consented to this request to shorten time.
4. The Court on November 18, 2010 (Document 32) ordered the same property be short sold with the same terms. The original buyer backed out and the Debtor now requires

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*MOTION TO SHORTEN TIME*

Case: 10-45057   Doc# 36   Filed: 12/15/10   Entered: 12/15/10 21:42:53   Page 1 of 2

a new order substituting the new Buyer described in the Motion to Short Sell Property filed herewith.

WHEREFORE, the Debtor pray that this Court enter an order approving this Motion to Shorten, scheduling a tentative hearing date on Debtor's Motion to Short Sell Property (in the event of a objecting party filing an objection or request for hearing) or in the alternative amend the prior Order to reflect the new Buyer.

Dated: December 15, 2010 /s/ Shawn R. Parr
Attorney for Debtor, GARY GARCIA

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*MOTION TO SHORTEN TIME*

Case: 10-45057    Doc# 36    Filed: 12/15/10    Entered: 12/15/10 21:42:53    Page 2 of 2