A. **Settlement Statement**   **ESTIMATED**

U.S. Department of Housing and Urban Development
OMB No. 2502-0265

★ ★ ★ ★
★ ★ ★ ★ ★
# OLD REPUBLIC TITLE COMPANY
★ ★ ★ ★
★ ★ ★

**A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP**



---

**B. TYPE OF LOAN**

| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.<br>4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number<br>0613014007-MSM | 7. Loan Number<br>128344 | 8. Mortgage Insurance Case Number |
|---|---|---|---|

C. NOTE:  This form is furnished to give you a statement of actual settlement costs.  Amounts paid to and by the settlement agent are shown.  Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower<br>Thomas and Janine Baker | E. Name and Address of Seller<br>Gary Garcia<br>2808 Morgan Drive<br>San Ramon, CA 94583 | F. Name and Address of Lender<br>RPM Mortgage, Inc.<br>2175 N. California Blvd., Ste 1000<br>Walnut Creek, CA 94596 |
|---|---|---|

| G. Property Location<br>2808 Morgan Drive<br>San Ramon, CA 94583 | H. Settlement Agent<br>Old Republic Title Company | |
|---|---|---|
| | Place of Settlement<br>1900 The Alameda<br>San Jose, CA 95126<br>(408) 556-2080 | I. Settlement Date<br>12/30/2010 |

| J.  SUMMARY OF BORROWER'S TRANSACTION | | | K.  SUMMARY OF SELLER'S TRANSACTION | | |
|---|---|---|---|---|---|
| **100.   GROSS AMOUNT DUE FROM BORROWER** | | | **400. GROSS AMOUNT DUE TO SELLER** | | |
| 101. Contract sales price | | | 401. Contract sales price | | 700,000.00 |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement charges to borrower (line1400) | | | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| | | | | | |
| Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | | |
| 106. City/town taxes        to | | | 406. City/town taxes        to | | |
| 107. County taxes         to | | | 407. County taxes     12/30/10 to  01/01/11 | | 23.81 |
| 108. Assessments         to | | | 408. Assessments         to | | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | | | **420. GROSS AMOUNT DUE TO SELLER** | | 700,023.81 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | | |
| 201. Deposit or earnest money | | | 501. Excess deposit (see instructions) | | 0.00 |
| 202. Principal amount of new loan | | | 502. Settlement charges to seller (line 1400) | | 37,802.66 |
| 203. | | | 503. Existing loan(s) taken subject to | | |
| 204. | | | 504. Payoff 1st Ocwen Loan Servicing, LLC | | 653,787.00 |
| 205. | | | 505. UNSECURED LIEN | | 0.00 |
| 206. | | | 506. R.E. Tax Payment (209-671-0021) | | 5,149.15 |
| 207. | | | 507. Homeowners Policy of Title Insurance | | 1,903.00 |
| 208. | | | 508. Escrow Fee | | 1,150.00 |
| 209. | | | 509. | | |
| Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | | |
| 210. City/town taxes        to | | | 510. City/town taxes        to | | |
| 211. County taxes         to | | | 511. County taxes         to | | |
| 212. Assessments         to | | | 512. Assessments         to | | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. HOA Proration 12/01/10 to 12/30/10, 29 days @ $8.00 | | 232.00 |
| **220. TOTAL PAID BY/FOR BORROWER** | | | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | | 700,023.81 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | | |
| 301. Gross amount due from borrower (line 120) | | | 601. Gross amount due to seller (line 420) | | 700,023.81 |
| 302. Less amounts paid by/for borrower (line220) | ( | ) | 602. Less reductions in amount due seller (line 520) | | (700,023.81) |
| **303. CASH** ☐ FROM ☐ TO BORROWER | | | **603. CASH** ☐ TO ☒ FROM SELLER | | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data.  This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.  No confidentiality is assured; this disclosure is mandatory.  This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

<span style="color:red">Case: 10-45057   Doc# 39   Filed: 12/15/10   Entered: 12/15/10 21:51:56   Page 1 of 3</span>

## L. SETTLEMENT CHARGES

| 700. Total Real Estate Broker Fees | | | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|---|---|
| Division of commission (line 700) as follows: | | | | | |
| 701. $17,500.00 to Realty World Platinum | | | | | |
| 702. $17,500.00 to Buyer's Agent | | | | | |
| 703. Commission paid at settlement | | | | | 35,000.00 |
| 704. | | | | | |
| 705. | | | | | |
| 706. | | | | | |

| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
|---|---|---|---|---|---|
| 801. Our Origination Charge | | $ | (from GFE #1) | | |
| 802. Your Credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | (from GFE A) | | |
| 804. Appraisal fee to to RPM Appraisal Services $550.00 POC (Borrower) | | | (from GFE #3) | | |
| 805. Credit report to to RPM Mortgage, Inc. | | | (from GFE #3) | | |
| 806. Tax service to | | | (from GFE #3) | | |
| 807. Flood certification | | | (from GFE #3) | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |

| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
|---|---|---|---|---|---|
| 901. | | | (from GFE#10) | | |
| 902. | | | (from GFE #3) | | |
| 903. | | | (from GFE #11) | | |
| 904. | | | | | |
| 905. | | | | | |

| 1000. RESERVES DEPOSITED WITH LENDER | | | | | |
|---|---|---|---|---|---|
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months @ $ | per month $ | | | |
| 1003. Mortgage insurance | months @ $ | per month $ | | | |
| 1004. Property taxes | months @ $ | per month $ | | | |
| 1005. | months @ $ | per month $ | | | |
| 1006. | months @ $ | per month $ | | | |
| 1007. Aggregate Adjustment | | $ | | | |
| | | | | | |

| 1100. TITLE CHARGES | | | | | |
|---|---|---|---|---|---|
| 1101. Title service and lender's title insurance | | | (from GFE#4) | | |
| 1102. Settlement or closing fee to Old Republic Title Company | | $ | | | 580.00 |
| 1103. Owner's title insurance to Old Republic Title Company | | | (from GFE#5) | | |
| 1104. Lender's title insurance to Old Republic Title Company | | $ | | | |
| 1105. Lender's title policy limit $417,000.00 | | | | | |
| 1106. Owner title policy limit $700,000.00 | | | | | |
| 1107. Agent's portion of the total title insurance premium | $2,265.05 | | | | |
| 1108. Underwriter's portion of the total title insurance premium | $279.95 | | | | |
| 1109. Outside Notary Fee to | $80.00 | | | | |
| 1110. | $ | | | | |

| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
|---|---|---|---|---|---|
| 1201. Government recording charges | | | (from GFE#7) | | |
| 1202. Deed $30.00 | Mortgage $100.00 | Releases $ | | | |
| 1203. Transfer taxes | | | (from GFE#8) | | |
| 1204. City/County tax/stamps | Deed $770.00 | Mortgage $ | | | 770.00 |
| 1205. State tax/stamp | Deed $ | Mortgage $ | | | |
| 1206. | | | | | |
| 1207. | | | | | |

| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
|---|---|---|---|---|---|
| 1301. Required services that you can shop for | | | (from GFE#6) | | |
| 1302. Natural Hazard Disclosure Report - Natural Hazard Disclosure Report | | $ | | | 160.00 |
| 1303. | | $ | | | |
| 1304. HOA Delinquent dues | | $ | | | 676.48 |
| 1305. HOA Trustees fees and costs | | $ | | | 616.18 |
| 1306. | | $ | | | |
| 1307. | | $ | | | |
| 1308. | | $ | | | |
| 1309. | | $ | | | |
| 1310. | | $ | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | | 0.00 | 37,802.66 |

_____

Gary Garcia

MSM/msm  Previous editions are obsolete | Page 2 of 3 | 12/9/2010 10:10:35 AM | HUD-1

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line # | | |
| Our origination charge | # 801 | | |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | | |
| Your adjusted origination charges | # 803 | | |
| Transfer taxes | #1203 | | |

| Charges That in Total Cannot Increase More Than 10% | Good Faith Estimate | HUD-1 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |
| Increase between GFE and HUD-1 Charges | | or |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Daily interest charges | # 901 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | |
| Your loan term is | years. |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | Includes ☐ Principal ☐ Interest ☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No. ☐ Yes, it can rise to a maximum of        %. The first change will be on        and can change again every        after        . Every change date, your interest rate can increase or decrease by        %. Over the life of the loan, your interest rate is guaranteed to never be lower than        % or higher than        %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No. ☐ Yes, it can rise to a maximum of        . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No. ☐ Yes, the first increase can be on        and the monthly amount owed can rise to        . The maximum it can ever rise to is        . |
| Does your loan have a prepayment penalty? | ☐ No. ☐ Yes, your maximum prepayment penalty is        |
| Does your loan have a balloon payment? | ☐ No. ☐ Yes, you have a balloon payment of        due in        years on        . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself. ☐ You have an additional monthly escrow payment of        that results in a total initial monthly amount owed of        . This includes principal, interest, any mortgage insurance and any items checked below: ☐ Property taxes        ☐ Homeowner's insurance ☐ Flood insurance ☐ ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on the form, please contact your lender.