**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 101
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Debtor
GARY GARCIA

The Relief Sought in the following order is DENIED. Signed January 06, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

\*\*\*See below for reasons

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

GARY GARCIA

    Debtor,

CASE NO. 10-45057 RLE 7

Chapter 7

ORDER

**ORDER RE MOTION TO SHORT SELL PROPERTY**

The Court having reviewed the Motion to Short Sell Property, and has good cause appearing therefore.

IT IS HEREBY ORDERED THAT

1. The Motion to Short Sell the real property commonly known as 2808 Morgan Drive, San Ramon, California 94583, to THOMAS A. BAKER and JANINE M. BAKER (hereinafter "buyers"), for the amount of $700,000.00 is hereby approved.

2. The estate is authorized to pay closing costs and fees at $2,802.66; a sales commission in the amount of $17,500.00, payable to KELLER WILLIAMS and

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

Case: 10-45057   Doc# 43   Filed: 01/06/11   Entered: 01/07/11 08:50:55   Page 1 of 3[1]

$17,500 to REALTY WORLD PLATINUM the brokers; and payment of

$653,787.00 to OCWEN LOAN SERVICING, LLC.

**END OF ORDER**

```
***Exhibits 2 and 5 were not filed.  Further, it is not
clear that OCWEN has consented to the short sale as the
purported payoff agreement was not signed by OCWEN, nor
was it acknowledged by Debtors.  Finally, the purported
payoff agreement requires payment by January 5, 2011.
That date has passed.
```

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

Case: 10-45057    Doc# 43    Filed: 01/06/11    Entered: 01/07/11 08:50:55    Page 2 of 3

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | COURT SERVICE LIST |
| 5 | Parr Law Group |
| 6 | 1625 The Alameda, Suite 101<br>San Jose, California 95126 |
| 7 | |
| 8 | Gary Garcia<br>2808 Morgan Drive<br>San Ramon CA 94583 |
| 9 | |
| 10 | Tevis Thompson<br>United States Trustee |
| 11 | P.O. Box 1110<br>Martinez, CA 94553 |
| 12 | |
| 13 | Ocwen Loan Servicng, LLC<br>P.O. Box 24737 |
| 14 | West Palm Beach, FL 33416-4737 |
| 15 | Internal Revenue Service |
| 16 | 185 Lennon Lane<br>STP: WC-0363 |
| 17 | Walnut Creek, CA 94598 |
| 18 | OFFICE OF US TRUSTEE |
| 19 | NORTHERN DISTRICT OF CALIFORNIA<br>1301 Clay Street Suite 690N |
| 20 | Oakland, CA 94612-5217 |
| 21 | John Van Vlack, VP CFO |
| 22 | Ocwen Financial Corp.<br>1661 Worthington Road Suite 100 |
| 23 | West Palm Beach, FL 33409 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Parr Law Group
1625 The Alameda
Suite 101
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

*ORDER RE MOTION TO SELL PROPERTY*

Case: 10-45057   Doc# 43   Filed: 01/06/11   Entered: 01/07/11 08:50:55   Page 3 of 3