ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1754 Technology Drive, Suite 236
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtor
Gary Garcia

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Gary Garcia,<br><br>      Debtor. | Case No. 10-45057 RLE 7<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in Santa Clara County, California. I am over the age of 18 years and not a party to the within action; my business address is 1754 Technology Drive, Suite 236, San Jose, California 95110.

On January 14, 2011, I served the below mentioned documents on the party or parties named below, as follows:

**1. NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR AMENDMENT OF ORDER RE MOTION TO SHORT SELL PROPERTY DATED NOVEMBER 18, 2010**
**2. MOTION TO SHORTEN TIME**
**3. MOTION FOR AMENDMENT OF ORDER RE MOTION TO SHORT SELL PROPERTY DATED NOVEMBER 18, 2010;**
**4. DECLARATION**
**5. PROPOSED ORDER TO SHORTEN TIME**

[X] BY MAIL: By following ordinary business practice, and placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service

1 where it would be deposited for first class delivery, postage fully prepaid depositing with the United States Postal Service on that same day in the ordinary course of business at 1754 Technology Drive, Suite 236, San Jose, California, and addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 14, 2011, at San Jose, California.

          /s/ Darrell Steburg
          DARRELL STEBURG

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | Parr Law Group |
| 3 | 1625 The Alameda, Suite 101<br>San Jose, California 95126 |
| 4 | |
| 5 | Steburg Law Firm<br>1754 Technology Drive, Suite 236<br>San Jose, CA 95110 |
| 6 | |
| 7 | Gary Garcia<br>2808 Morgan Drive |
| 8 | San Ramon CA 94583 |
| 9 | Tevis Thompson |
| 10 | United States Trustee<br>P.O. Box 1110 |
| 11 | |
| 12 | Martinez, CA 94553<br>Ocwen Loan Servicng, LLC |
| 13 | P.O. Box 24737<br>West Palm Beach, FL 33416-4737 |
| 14 | |
| 15 | Internal Revenue Service<br>185 Lennon Lane |
| 16 | STP: WC-0363<br>Walnut Creek, CA 94598 |
| 17 | |
| 18 | OFFICE OF US TRUSTEE<br>NORTHERN DISTRICT OF CALIFORNIA |
| 19 | 1301 Clay Street Suite 690N<br>Oakland, CA 94612-5217 |
| 20 | |
| 21 | John Van Vlack, VP CFO<br>Ocwen Financial Corp. |
| 22 | 1661 Worthington Road Suite 100<br>West Palm Beach, FL 33409 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |