ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1754 Technology Drive, Suite 236
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtor
Gary Garcia

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Gary Garcia,<br><br>Debtor. | Case No. 10-45057 RLE 7<br><br>Chapter 7<br><br>**DECLARATION OF ANITA L. STEBURG IN SUPPORT OF ENTRY FOR ORDER BY DEFAULT RE: MOTION FOR AMENDMENT OF ORDER**<br><br>NO HEARING SET |

I, ANITA L. STEBURG, hereby declare:

I am an attorney licensed to practice by the State of California and admitted to practice before the above entitled Court. I am authorized to make this Declaration in support of the REQUEST FOR ENTRY OF ORDER BY DEFAULT RE MOTION FOR AMENDMENT OF ORDER. I have personal knowledge of the matters contained in this Declaration except as to those matters alleged upon information and belief and as to those matters I believe them to be true. If called as a witness, I could and would competently testify as follows:

1. The Debtor filed a voluntary petition under Chapter 7 on May 1, 2010.

2. On November 17, 2010 this Court held a hearing on this almost identical motion. The Court signed an order on November 18, 2010 (Document 31) to sell the property to a different buyer described within the instant Motion. That buyer rescinded the purchase contract and the

listing agent procured another Buyer described in paragraph 3 herein. The closing costs, sales commissions and the net proceeds to Ocwen Loan Servicing, LLC have changed minimally.

3. On January 14, 2010, Debtor filed and served the MOTION FOR AMENDMENT OF ORDER RE MOTION TO SHORT SELL PROPERTY DATED NOVEMBER 18, 2010. The motion, a supporting declaration and the NOTICE AND OPPORTUNITY FOR HEARING on the Motion ("Notice") was served upon the Chapter 7 Trustee and all interested parties.

4. On January 14, 2010, the Court granted an Order to Shorten Time shortening the time to object to seven days.

5. The requisite 7 days have passed since the Notice and Motion were served upon the Chapter 7 Trustee and other parties identified above and no objections have been filed or served. This request for default merely affirms a prior order of the Court substituting a different buyer and amending the closing costs, sales commissions and the net proceeds to Ocwen Loan Servicing, LLC as agreed upon by the lender and the debtor. In addition, I have not been contacted by any creditor or party in interest expressing concern or opposition to the relief requested in the Motion.

6. Hereby attached as Exhibit A to this Declaration is a Proposed Order that shall be concurrently uploaded to the Court.

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 21, 2011, at San Jose, California.

Dated: January 21, 2011

/s/ Anita L. Steburg
Anita L. Steburg, Attorney for Gary Garcia